Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23−18071−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bernice M. Garcia
   521 Jennifer Lane
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−6607

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        12/13/23
Time:        10:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 18, 2023
JAN:

                      Jeanne Naughton
                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18071-ABA |
| Bernice M. Garcia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2023 | Form ID: 132 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db  + | Bernice M. Garcia, 521 Jennifer Lane, Vineland, NJ 08360-7157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2023 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg  + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2023 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520025021  + | Email/Text: bankruptcy@bbandt.com | Sep 19 2023 21:32:00 | BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 520025020 | Email/Text: BarclaysBankDelaware@tsico.com | Sep 19 2023 21:32:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520025022 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2023 21:51:46 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520025024  + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2023 21:51:51 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520025023 | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 19 2023 21:31:00 | Cardinal Financial Company, Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520025025 | Email/Text: mrdiscen@discover.com | Sep 19 2023 21:31:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520025026  + | Email/Text: Documentfiling@lciinc.com | Sep 19 2023 21:31:00 | Lending Club, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 520025027 | Email/Text: bkelectronicnotices@usaa.com | Sep 19 2023 21:31:00 | USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 19, 2023 | Form ID: 132 | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Bernice M. Garcia moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3