Certificate Number: 05781-NJ-DE-037801846

Bankruptcy Case Number: 23-18071



05781-NJ-DE-037801846

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2023, at 2:13 o'clock PM PDT, Bernice Garcia completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 27, 2023          By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President