UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on June 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BERNICE M. GARCIA

**Debtor(s).**

Case No. 23-18071 (ABA)

Judge:  Andrew B. Altenburg, Jr.

Date of Hearing:  June 12, 2024

# ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS

The relief set forth on the following pages, numbered one (1) through two (2) is hereby **ORDERED**.

**DATED: June 12, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page Two
**Debtors:** BERNICE M. GARCIA
**Case No.** 23-18071 (ABA)
**Order:** ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS
_____

**THIS MATTER** having been heard by the Court at the Confirmation hearing conducted on June 12, 2024, and Andrew B. Finberg, Chapter 13 Standing Trustee, and no appearances having been made on behalf of Debtor, Bernice M. Garcia, and good cause appearing;

**IT IS ORDERED** that the Confirmation hearing is hereby adjourned to August 14, 2024, at 9:00 a.m. with conditions; and

**IT IS FURTHER ORDERED** No later than August 7, 2024, the Debtor shall:

1. Provide updated proof of income for Debtor through July 31, 2024.

2. Provide proof of husband's debt listed on Schedule J (they were originally $650 reduced to $400 with no proof of payments provided)

3. Advise if adult children (26 and 28) contribute to household.

4. Advise how Debtor lost her job and now has more disposable income.

**IT IS FURTHER ORDERED** that if all outstanding issues are not resolved by August 7, 2024, then Debtor's counsel must appear in-person at the hearing scheduled for August 14, 2024; and

**IT IS FURTHER ORDERED** that no late submissions will be accepted, and no further adjournments will be granted.