| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***<br>**Andrew B. Finberg, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** | <br><br>**Order Filed on June 12, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>BERNICE M. GARCIA<br><br>                **Debtor(s).** | Case No. 23-18071 (ABA)<br><br>Judge:  Andrew B. Altenburg, Jr.<br><br>Date of Hearing:  June 12, 2024 |

### ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS

The relief set forth on the following pages, numbered one (1) through two (2) is hereby **ORDERED**.

**DATED: June 12, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page Two
Debtors:    **BERNICE M. GARCIA**
Case No.    **23-18071 (ABA)**
Order:    **ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS**

---

**THIS MATTER** having been heard by the Court at the Confirmation hearing conducted on June 12, 2024, and Andrew B. Finberg, Chapter 13 Standing Trustee, and no appearances having been made on behalf of Debtor, Bernice M. Garcia, and good cause appearing;

**IT IS ORDERED** that the Confirmation hearing is hereby adjourned to August 14, 2024, at 9:00 a.m. with conditions; and

**IT IS FURTHER ORDERED** No later than August 7, 2024, the Debtor shall:

1. Provide updated proof of income for Debtor through July 31, 2024.

2. Provide proof of husband's debt listed on Schedule J (they were originally $650 reduced to $400 with no proof of payments provided)

3. Advise if adult children (26 and 28) contribute to household.

4. Advise how Debtor lost her job and now has more disposable income.

**IT IS FURTHER ORDERED** that if all outstanding issues are not resolved by August 7, 2024, then Debtor's counsel must appear in-person at the hearing scheduled for August 14, 2024; and

**IT IS FURTHER ORDERED** that no late submissions will be accepted, and no further adjournments will be granted.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18071-ABA |
| Bernice M. Garcia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bernice M. Garcia, 521 Jennifer Lane, Vineland, NJ 08360-7157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Cardinal Financial Company Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Debtor Bernice M. Garcia moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4