Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−18071−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bernice M. Garcia
   521 Jennifer Lane
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−6607

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 15, 2024.

Dated: August 15, 2024
JAN: har

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18071-ABA |
| Bernice M. Garcia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 15, 2024 | Form ID: plncf13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernice M. Garcia, 521 Jennifer Lane, Vineland, NJ 08360-7157 |
| 520133966 | + | Jorge Garcia, 521 Jennifer Lane, Vineland, NJ 08360-7157 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 22:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 22:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520025021 | + | Email/Text: bankruptcy@bbandt.com | Aug 15 2024 22:10:00 | BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 520025020 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2024 22:10:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520025022 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 22:07:45 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520025024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 22:33:27 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520081445 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 22:32:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520025023 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 15 2024 22:09:00 | Cardinal Financial Company, Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520092385 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 15 2024 22:09:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520025025 | | Email/Text: mrdiscen@discover.com | Aug 15 2024 22:09:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520031630 | | Email/Text: mrdiscen@discover.com | Aug 15 2024 22:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520091571 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 22:31:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520025026 | + | Email/Text: Documentfiling@lciinc.com | Aug 15 2024 22:09:00 | Lending Club, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 520082683 | + | Email/Text: Documentfiling@lciinc.com | Aug 15 2024 22:09:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 520086224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 22:32:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: plncf13 | Total Noticed: 23 |

| | | | POB 41067, Norfolk, VA 23541 |
|---|---|---|---|
| 520135468 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 22:33:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520146592 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 22:32:27 | Portfolio Recovery Associates, LLC, c/o BANANA REPUBLIC, POB 41067, Norfolk, VA 23541 |
| 520146539 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 22:32:20 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 520133967 | Email/Text: claimsdepartment@sunnova.com | Aug 15 2024 22:09:00 | Sunnova Energy Corporation, 20 Greenway Plaza, Suite 540, Houston, TX 77046 |
| 520056180 | + Email/Text: bankruptcy@bbandt.com | Aug 15 2024 22:10:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 520025027 | Email/Text: bkelectronicnotices@usaa.com | Aug 15 2024 22:09:00 | USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520135467 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520135472 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520135473 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Cardinal Financial Company  Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Moshe Rothenberg | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 15, 2024 | Form ID: plncf13 | Total Noticed: 23 |

                on behalf of Debtor Bernice M. Garcia moshe@mosherothenberg.com
                alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4